# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV25-1987-JPR | Date | May 8, 2025 |
| Title | Majic Khabbazz v. Jaguar Land Rover North America, LLC | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 5/8/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Luis A. Serrano | Matthew C. Wolf |

**Proceedings:**   (In Court): Plaintiff's Motion to Remand Case

Case is called. Counsel make their appearances. Court addresses parties.

For the reasons stated on the record at the hearing and in Plaintiff's briefing, the Court finds that Defendants' notice of removal was untimely, GRANTS Plaintiff's motion for remand, and REMANDS this matter to the Superior Court for the County of Los Angeles. The Clerk is directed to serve a copy of this minute order on the Los Angeles County Superior Court and then close this case.

: 23

Initials of Preparer   bm